(form15)

FILED
03/01/04

UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma

Grant Price, Clerk
U.S. Bankruptcy Court
West. Dist. of Oklahoma
by: ad

In re:  Joy Louise Clemmons

Case No.: 03 - 22617

USBC - OKW
File Copy

DISCHARGE OF DEBTOR

It appearing that a petition commencing a case under title 11, United States Code, was filed by or against the person named above on 11/14/03, and that an order for relief was entered under chapter 7 and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court [or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained];

IT IS ORDERED THAT:

1. The above-named debtor(s) is(are) released from all dischargeable debts.
2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:
   (a) debts dischargeable under 11 U.S.C. Sec.523;
   (b) unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2),(4),(6) and (15) of 11 U.S.C. Sec. 523(a);
   (c) debts determined by this court to be discharged.
3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor.

Dated: 03/01/04

BY THE COURT

T.M. Weaver
United States Bankruptcy Judge

(rev. 1-97)

/ /